FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | ED 12-422 |
| Marcos Oton Mora  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for _____, _____, at _____ ☐a.m. / ☐p.m. before the Honorable __OSWALD PARADA__, in Courtroom _3_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __11/14/12__

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1